**CARMEL ABUZAID**
California Bar No. 349654
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Carmel_Abuzaid@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JARED MANUEL BEAS-OCHOA,<br><br>　　　　　　　Defendant. | CASE NO.: 23MJ8729-LR<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

　　　Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Carmel Abuzaid, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 22, 2023　　　　　*s/ Carmel Abuzaid*
　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Email: Carmel_Abuzaid@fd.org